UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIR' JAMEZ STEVENS,

    Plaintiff,

v.                                                                                    4:14cv91-WS

STATE OF FLORIDA, DEPARTMENT
OF JUVENILE JUSTICE, et al.,

    Defendants.

_____

ORDER DENYING NEKAWAHKEE, INC.'S
MOTION TO DISMISS COUNT IV

    Before the court is a motion to dismiss filed by the defendant, Nekawahkee, Inc. ("Nekawahkee").  Doc. 1-3.  The plaintiff has since filed an amended complaint, mooting Nekawahkee's motion to dismiss.  Accordingly, it is ORDERED:

    Nekawahkee's motion to dismiss is DENIED as moot.

    DONE AND ORDERED this ___7th___ day of ___April___, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE