UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIR' JAMEZ STEVENS,

    Plaintiff,

v.                                          4:14cv91-WS

STATE OF FLORIDA, DEPARTMENT
OF JUVENILE JUSTICE; NEKAWAHKEE,
INC., and RONALD WALLACE,
individually,

    Defendants.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 13).  The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1.  The parties' proposed alternative discovery schedule is hereby ADOPTED.

2.  All discovery shall be commenced in time to be completed by December 31, 2014.

3.  Potentially dispositive motions, if any, shall be filed by January 23, 2015.

4. Plaintiff's counsel shall advise the court on or before December 31, 2014, whether and when the parties will attend mediation.

DONE AND ORDERED this   14th   day of   April  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE